UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

LARRY J. BLOW, )
        Plaintiff, )
 )
v. ) **JUDGMENT IN A CIVIL CASE**
 )
 ) **CASE NO. 4:15-CV-121-D**
CAROLYN W. COLVIN, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c) (3) with a remand of the cause to the Commissioner for further proceedings, including a supplemental hearing.

**This Judgment Filed and Entered on June 1, 2016, and Copies To:**

| | |
|---|---|
| George C. Piemonte | (via CM/ECF Notice of Electronic Filing) |
| Marc D. Epstein | (via CM/ECF Notice of Electronic Filing) |

DATE:                                   JULIE RICHARDS JOHNSTON, CLERK

June 1, 2016                 (By) /s/ Nicole Briggeman
                                          Deputy Clerk