| | |
|---|---|
| LARRY J. BLOW,<br>        Plaintiff,<br>v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:15-CV-121-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff the sum of $5,275.00, sent to Plaintiffs Counsel's office address, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

**This Judgment Filed and Entered on September 20, 2016, and Copies To:**

George C. Piemonte                                                      (via CM/ECF Notice of Electronic Filing)

Marc D. Epstein                                                           (via CM/ECF Notice of Electronic Filing)

DATE:                                              JULIE RICHARDS JOHNSTON, CLERK
September 20, 2016                   (By) /s/ Nicole Briggeman
                                                                Deputy Clerk